■ JULIE S. DIACHUK, Respondent, v WALTER O. DIACHUK, Appellant. (Appeal No. 2.)—Order unanimously reversed, on the law, without costs. Same memorandum as in *Diachuk v Diachuk* ([Appeal No. 1], 117 AD2d 985). (Appeal from order of Supreme Court, Monroe County, Siracuse, J.—vacate default judgment.) Present—Doerr, J. P., Denman, Green, O'Donnell and Schnepp, JJ.